STATE of Missouri, Respondent,

v.

Nicole Rae CHUMPRAPHAI,
Appellant.

No. WD 73953.

Missouri Court of Appeals,
Western District.

Sept. 4, 2012.

Dora Fichter, Jefferson City, MO, for appellant.

Matthew Ward, Columbia, MO, for respondent.

Before: JOSEPH M. ELLIS, P.J., and ALOK AHUJA and MARK D. PFEIFFER, JJ.

## ORDER

PER CURIAM.

Nicole Chumpraphai was convicted of possession of a controlled substance (clonazepam) following a jury trial in the Circuit Court of Pettis County. She appeals, arguing that the evidence was insufficient to support the guilty verdict. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).

Jeremy Sean RUSSELL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 74013.

Missouri Court of Appeals,
Western District.

Sept. 4, 2012.

S. Kathleen (Kate) Webber, Assistant Appellate Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Robert J. (Jeff) Bartholomew, Jefferson City, MO, for Respondent.

Before Division II: JOSEPH M. ELLIS, Presiding Judge, and ALOK AHUJA and MARK D. PFEIFFER, Judges.

## Order

PER CURIAM.

Jeremy S. Russell appeals from the judgment of the Circuit Court of Buchanan County, Missouri, denying, after an evidentiary hearing, his Rule 29.15 amended motion for post-conviction relief based on ineffective assistance of trial counsel. Upon review of the record, we find no error and affirm in this *per curiam* order. We have provided the parties with a memorandum setting forth the reasons for our decision. Rule 84.16(b).